Robert L. Simons, for use of National Builders Bank
of Chicago, Appellee, v. University State Bank,
Appellant.

Gen. No. 40,760.

opinion filed December 30, 1940. Adams, Sokolow & Rubin and Landis & Landis, for appellant; Alvin Landis, of counsel; Ringer, Reinwald & Sostrin, for appellee; M. Lester Reinwald and Morris Sostrin, of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."